

**NUMBER 13-13-00478-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**LARRY HOWARD NEMEC,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On appeal from the County Court at Law No. 2
of Victoria County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Garza, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Larry Howard Nemec, was convicted of driving while intoxicated. On May 22, 2008, appellant filed a notice of appeal. On February 3, 2014, this Court abated the appeal because of counsel's failure to file a brief and ordered the trial court to determine whether appellant desired to prosecute this appeal. Counsel subsequently filed a motion to withdraw the appeal, but it did not contain appellant's signature as required by Texas Rule of Appellate Procedure 42.2. *See* TEX. R. APP. P. 42.2.

At the trial court hearing, counsel appeared and stated that appellant no longer wishes to pursue the appeal and has authorized counsel to dismiss the case. The trial court judge recommends the appeal be dismissed. This appeal is hereby REINSTATED. Although no written motion has been filed in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure, based upon the evidence at the hearing that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. Accordingly, we dismiss the appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
8th day of May, 2014.